TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
LEANNE C. YU (SBN 290698)
Leanne.Yu@wbd-us.com
DOMINIC J. LUCA (SBN 337702)
Dominic.Luca@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 765.6576
Facsimile: (415) 407.7792

Attorneys for Defendant
American First Finance, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERICAN FIRST FINANCE, LLC,<br><br>          Defendant. | CASE NO.: 1:23-cv-00659-MCE-DB<br><br>**ORDER GRANTING TOMIO B. NARITA, JEFFREY A. TOPOR, LEANNE C. YU AND DOMINIC J. LUCA'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT** |

1  The Court having reviewed the unopposed motion of Tomio B. Narita, Jeffrey A. Topor, Leanne C. Yu and Dominic J. Luca to withdraw as counsel of record for defendant American First Finance, Inc. and good cause appearing, the Court hereby ORDERS that the motion to withdraw as counsel be GRANTED.  Defendant shall continue to be represented by Kalama M. Lui-Kawn of the law firm of Troutman Pepper Hamilton Sanders LLP.

IT IS SO ORDERED.

Dated:  November 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE